USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
JANE DOE 1,                                                        :
:
                              Plaintiff,   :     1:22-cv-113-GHW
:
           -v -                                                :     ORDER
:
MCADAM FINANCIAL GROUP LLC *and*     :
CHARLES NORFLEET, *in his individual and*   :
*professional capacity*,                                         :
:
                          Defendants.  :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On August 3, 2022, Magistrate Judge Netburn issued a Report and Recommendation ("R&R") recommending that the Court transfer this case to the District of Massachusetts. Dkt. No. 44 at 23-24.

       A district court reviewing a magistrate judge's report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties may raise specific, written objections to the report and recommendation within fourteen days of receiving a copy of the report. *Id.*; *see also* FED. R. CIV. P. 72(b)(2). The Court reviews for clear error those parts of the report and recommendation to which no party has timely objected. 28 U.S.C. § 636(b)(1)(A); *Lewis v. Zon*, 573 F. Supp. 2d 804, 811 (S.D.N.Y. 2008).

       No objection to the R&R was submitted within the fourteen-day window. The Court has reviewed the R&R for clear error and finds none. *See Braunstein v. Barber*, No. 06 Civ. 5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record."). The Court, therefore, accepts and adopts

the R&R in its entirety.  For the reasons articulated in the R&R, Defendants' motions to transfer this action to the District of Massachusetts are GRANTED.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 16, 24, and 41, and to transfer this action to the District of Massachusetts without delay.

SO ORDERED.

Dated:  August 19, 2022  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge